— **EXHIBIT A** —



Return Mail Processing
PO Box 589
Claysburg, PA 16625-0589

June 6, 2022

H9357-L01-0000001 T00001 P001 ********SCH 5-DIGIT 12345
SAMPLE A SAMPLE - L01 VERSION 11641219_2
[COMPANY]
APT ABC
123 ANY STREET
ANYTOWN, ST 12345-6789

[Variable Header for CA Residents only]

Dear Sample A. Sample:

Numrich Gun Parts Corporation ("Numrich") is writing to inform you of an event that may impact the security of certain customer information. While we are unaware of any actual misuse of information related to this event, we are providing you with information about the event, our response, and steps you may take to protect against any misuse of your information, should you feel it appropriate to do so.

**What Happened?**  On or about March 28, 2022, we became aware of suspicious activity occurring within our e-commerce website, www.gunpartscorp.com. We immediately launched an investigation to determine the nature and scope of the event. The investigation recently determined that an unknown individual gained access to certain customer payment information entered into the website between January 23, 2022, and April 5, 2022. Our prompt remediation efforts removed the actor's access on that date. Once the investigation was complete, we undertook a thorough review of our records to determine which customers made purchases during that time.

**What Information Was Involved?**  Our records indicate you made a purchase on our website during the above time period. Therefore, the following information related to you may have been impacted: name, address, and payment card information, including card number, security code, and expiration date.

**What We Are Doing**.  We have strict security measures in place to protect information in our care. Upon learning of this event, we promptly took steps to confirm the security of our systems and investigate the activity. We worked quickly to secure our website and implement additional network and endpoint monitoring to reduce the risk of recurrence. We also engaged with federal law enforcement and notified appropriate governmental regulators.

**What You Can Do.**  We encourage you to remain vigilant against incidents of identity theft and fraud, to monitor your accounts for any unusual activity and to detect errors, and to report any instances of theft or fraud to law enforcement. Please review the enclosed *Steps You Can Take to Help Protect Personal Information*, which contains information on what you can do to better safeguard your information.

0000001

H9357-L01

**For More Information.**  If you have additional questions or concerns, please call our toll-free dedicated assistance line at 833-708-2889. This toll-free line is available Monday through Friday (excluding U.S. holidays) between 6 a.m. and 8 p.m. Pacific and Saturday and Sunday between 8 a.m. and 5 p.m. Pacific. Please be prepared to reference engagement **B053676** when speaking with an agent.  You may also write to Numrich at 226 Williams Lane, Kingston, NY 12401.


Sincerely,

Numrich Gun Parts Corporation

**STEPS YOU CAN TAKE TO PROTECT PERSONAL INFORMATION**

**Monitor Your Accounts**

Under U.S. law, a consumer is entitled to one free credit report annually from each of the three major credit reporting bureaus, Equifax, Experian, and TransUnion. To order your free credit report, visit www.annualcreditreport.com or call, toll-free, 1-877-322-8228. You may also directly contact the three major credit reporting bureaus listed below to request a free copy of your credit report.

Consumers have the right to place an initial or extended "fraud alert" on a credit file at no cost. An initial fraud alert is a one-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting seven years. Should you wish to place a fraud alert, please contact any one of the three major credit reporting bureaus listed below.

As an alternative to a fraud alert, consumers have the right to place a "credit freeze" on a credit report, which will prohibit a credit bureau from releasing information in the credit report without the consumer's express authorization. The credit freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a credit freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. Pursuant to federal law, you cannot be charged to place or lift a credit freeze on your credit report. To request a security freeze, you will need to provide the following information:

1. Full name (including middle initial as well as Jr., Sr., II, III, etc.);
2. Social Security number;
3. Date of birth;
4. Addresses for the prior two to five years;
5. Proof of current address, such as a current utility bill or telephone bill;
6. A legible photocopy of a government-issued identification card (state driver's license or ID card, etc.); and
7. A copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft if you are a victim of identity theft.

Should you wish to place a credit freeze, please contact the three major credit reporting bureaus listed below:

| **Equifax** | **Experian** | **TransUnion** |
| --- | --- | --- |
| https://www.equifax.com/personal/credit-report-services/ | https://www.experian.com/help/ | https://www.transunion.com/credit-help |
| 1-888-298-0045 | 1-888-397-3742 | 1-833-395-6938 |
| Equifax Fraud Alert<br>P.O. Box 105069<br>Atlanta, GA 30348-5069 | Experian Fraud Alert<br>P.O. Box 9554<br>Allen, TX 75013 | TransUnion Fraud Alert<br>P.O. Box 2000<br>Chester, PA 19016 |
| Equifax Credit Freeze<br>P.O. Box 105788<br>Atlanta, GA 30348-5788 | Experian Credit Freeze<br>P.O. Box 9554<br>Allen, TX 75013 | TransUnion Credit Freeze<br>P.O. Box 160<br>Woodlyn, PA 19094 |

0000001

H9357-L01

**Additional Information**

You may further educate yourself regarding identity theft, fraud alerts, credit freezes, and the steps you can take to protect your personal information by contacting the consumer reporting bureaus, the Federal Trade Commission, or your state attorney general. The Federal Trade Commission may be reached at: 600 Pennsylvania Avenue NW, Washington, DC 20580; www.identitytheft.gov; 1-877-ID-THEFT (1-877-438-4338); and TTY: 1-866-653-4261. The Federal Trade Commission also encourages those who discover that their information has been misused to file a complaint with them. You can obtain further information on how to file such a complaint by way of the contact information listed above. You have the right to file a police report if you ever experience identity theft or fraud. To file a report with law enforcement for identity theft, you will likely need to provide some proof that you have been a victim. Instances of known or suspected identity theft should also be reported to law enforcement and your state attorney general. This notice has not been delayed by law enforcement.

*For District of Columbia residents*, the District of Columbia Attorney General may be contacted at: 400 6th Street, NW, Washington, DC 20001; 202-727-3400; and oag@dc.gov.

*For Maryland residents*, the Maryland Attorney General may be contacted at: 200 St. Paul Place, 16th Floor, Baltimore, MD 21202; 1-410-528-8662 or 1-888-743-0023; and www.oag.state.md.us.

*For New Mexico residents*, you have rights pursuant to the Fair Credit Reporting Act, such as the right to be told if information in your credit file has been used against you, the right to know what is in your credit file, the right to ask for your credit score, and the right to dispute incomplete or inaccurate information. Further, pursuant to the Fair Credit Reporting Act, the consumer reporting bureaus must correct or delete inaccurate, incomplete, or unverifiable information; consumer reporting agencies may not report outdated negative information; access to your file is limited; you must give your consent for credit reports to be provided to employers; you may limit "prescreened" offers of credit and insurance you get based on information in your credit report; and you may seek damages from violator. You may have additional rights under the Fair Credit Reporting Act not summarized here. Identity theft victims and active-duty military personnel have specific additional rights pursuant to the Fair Credit Reporting Act. We encourage you to review your rights pursuant to the Fair Credit Reporting Act by visiting www.consumerfinance.gov/f/201504_cfpb_summary_your-rights-under-fcra.pdf, or by writing Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.

*For New York residents,* the New York Attorney General may be contacted at: Office of the Attorney General, The Capitol, Albany, NY 12224-0341; 1-800-771-7755; or https://ag.ny.gov/.

*For North Carolina residents*, the North Carolina Attorney General may be contacted at: 9001 Mail Service Center, Raleigh, NC 27699-9001; 1-877-566-7226 or 1-919-716-6000; and www.ncdoj.gov.

*For Rhode Island residents*, the Rhode Island Attorney General may be reached at: 150 South Main Street, Providence, RI 02903; www.riag.ri.gov; and 1-401-274-4400. Under Rhode Island law, you have the right to obtain any police report filed in regard to this event. There are 100 Rhode Island residents impacted by this event.

H9357-L01