— **EXHIBIT  B** —

About Us    Sell Your Gun Parts    Buy Gift Cards        🚚 Order Status    🛒 Cart    👤 Account    ❓ Help

**FURTHERING THE LEGACY**
**ONE PART AT A TIME®**



Search    🔍

SHOP BY MANUFACTURERS ▾    SHOP BY CATEGORY ▾    GUN MAGAZINES ▾

MILITARY SURPLUS ▾    CLOSEOUTS    FORUM/ARTICLES ▾

# PRIVACY POLICY

Your privacy is important to us. **Numrich Gun Parts Corporation does not sell, trade, or share** your personal information with anybody.

Numrich Gun Parts Corporation is a highly ethical company and requires the highest standard of conduct from our employees and business partners.

We use SSL encryption when transferring sensitive information.

If you are interested in learning what type of personal information we might collect and how we might use it, please read below.

## WHAT INFORMATION DOES NUMRICH GUN PARTS CORPORATION COLLECT?

- Information pertaining to your session and visitor's preferences when you are on our website, such as items added to your shopping cart. We do not partner with or have special relationships with any ad server companies.
- Information necessary to serve your needs. This information is provided by you at the time of placing an order, registering on our website or forum, subscribing to our newsletter etc. It usually consists of your name, address, email address, phone number, and payment related information. Due to the nature of our business, sometimes we may require a document proving your age, country of residence, driving license and/or Federal Firearms License. We also collect information on the products that you buy through your transactions and other interactions with us.

- Information you voluntarily submit when you participate in one of our various services, promotions, forum threads, and surveys.
- Information provided by you from our online store sites listed with eBay, Gun Broker, and Amazon. Usually such information includes your shipping/mailing address, email, phone number, fax number, user-id, and purchased products.
- Please be advised that for marketing purposes we are utilizing Google Analytics and Facebook Pixel. If you prefer to opt-out of Google Analytics collection, please click on this link. If you prefer to opt-out of Facebook Pixel collection, please click on this link.

## HOW DOES NUMRICH GUN PARTS CORPORATION USE THE INFORMATION COLLECTED?

- To process and complete your purchase transactions and provide the services you request.
- To send you catalogs and periodic mailings with information on new products and services or upcoming events via the mail.
- To contact you about the status of your orders by telephone or email.
- To identify your product and service preferences, so that you can be informed of new or additional products, services, and promotions that might be of interest to you.
- To improve our merchandise selections, customer service, and overall customer shopping experience.
- From time to time we may use customer information for new, unanticipated uses not previously disclosed in our privacy notice. If such policy change occurs, we will use only data collected from the time of the policy change forward.

## WHAT INFORMATION IS SHARED AND WITH WHOM IS IT SHARED?

- We share your email address with an outside email marketing company, which handles our newsletter distribution. We never share, sell, or rent your personal account information or subscriber data to any other entities.
- Upon request we provide site visitors with access to unique identifier information such as a customer number or a password. Customers can obtain this information only if they contact us directly and answer some security questions.

## LEGAL DISCLOSURES

- Numrich Gun Parts Corporation fully complies with all Federal, State and Municipal legal requirements. In the event that Numrich Gun Parts Corporation receives a subpoena, court order, or law enforcement inquiry we will fully comply with any applicable laws and make any legally required disclosure.
- Numrich Gun Parts Corporation reserves the right to protect itself from fraud and if necessary will share information with legal authorities and other companies for this purpose.
- If the ownership of all or a part of a business within the Numrich Gun Parts Corporation changes hands, any customer information applicable to that said business operations may be transferred to, or licensed for use by, the new owner.

*If you feel that this site is not following its stated Privacy Policy, please* contact us *immediately.*

   

## NEWSLETTER SIGN UP

| Enter your email address... | JOIN |

  

## CONTACT US

Numrich Gun Parts Corporation

226 Williams Ln.

Kingston, NY 12401

Phone: 866.686.7424

Fax: 877.486.7278

## SUPPORT

Help

Brand Cross Reference

Shipping

Returns

Dealer Discount

Firearms Articles

Privacy Policy  |  Terms & Conditions

© 2022 Numrich Gun Parts Corporation. All Rights Reserved.

Website by Hudson