# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

EDWARD KOELLER and KEVIN CHEEK,
individually and on behalf of all others similarly
situated,

                          Plaintiff,

    v.

NUMRICH GUN PARTS
CORPORATION

                          Defendant.

Case No.: 1:22-cv-675 (DNH/CFH)
**STIPULATION TO EXTEND TIME TO
REPLY TO SECOND AMENDMENT
(S1755872).DOCX**

## STIPULATION

PlaintiffS Edward Koeller and Kevin Cheek, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant Numrich Gun Parts Corporation ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree to extend the time in which Defendant may file its Reply Brief in support of Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint.  Accordingly, Defendant shall file its Reply Brief on or before January 20, 2023.

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 1-10-2023

/s/
James J. Bilsborrow (NY Bar # 519903)
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY  10003
Tel: 212-558-5500
Email: jbilsborrow@weitzlux.com

/s/
Samuel J. Strauss, pro hac vice
/s/
Raina C. Borrelli, pro hac vice
/s/
Alex Phillips, pro hac vice

{S1755872.1}

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, WI 53703
Tel: 608-237-1775
Email: sam@turkestrauss.com
raina@turkestrauss.com
alexp@turkestrauss.com
*Attorneys for Plaintiffs*


*/s/ Karen G. Felter*
Karen G. Felter (Bar Roll #508182 )
**Smith Sovik Kendrick & Sugnet, P.C.**
250 S. Clinton St., Suite 600
Syracuse, NY 13202
Tel: 315-474-2911
Email: kfelter@smithsovik.com
*Attorneys for Defendant*

{S1755872.1}