**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDWARD KOELLER and KEVIN CHEEK, individually and on behalf of all others similarly situated,<br><br>                                   Plaintiffs,<br><br>v.<br><br>NUMRICH GUN PARTS CORPORATION,<br><br>                                   Defendant. | Case No. 1:22-cv-00675-DNH-CFH<br><br>**JOINT NOTICE OF SETTLEMENT & REQUEST TO STAY** |

Plaintiffs, Edward Koeller and Kevin Cheek ("Plaintiffs"), and defendant, Numrich Gun Parts Corporation ("Numrich"), notify the Court that they have settled this matter on a class-wide basis, agreeing on the core terms for a settlement agreement. As a result, the parties request that the Court stay proceedings to allow them time to finalize that agreement and then move for preliminary approval of the class settlement.

This settlement follows a mediation with Attorney Bennett G. Picker with Stradley Ronon, a mediator experienced in settling data breach cases. The parties mediated on September 7, 2023, and brokered a framework to resolve all issues, and the parties will memorialize its terms in a settlement agreement. The parties anticipate completing that process within the next 30 days and then moving for preliminary approval within 45 days.

Thus, the parties request that the Court stay all deadlines for 45 days to allow the parties to complete the agreement and for Plaintiffs to move for preliminary approval.

Dated:  October 6, 2023

Respectfully submitted,

*/s/ Raina C. Borrelli*
Raina C. Borrelli (*pro hac vice*)
raina@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423

James J. Bilsborrow (SBN 519903)
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
Email: jbilsborrow@weitzlux.com

*Counsel for Plaintiffs and the Proposed Class*

Dated:  October 6, 2023

Respectfully submitted,

*/s/ James Monagle*
James Monagle (*pro hac vice*)
MULLEN COUGHLIN LLC
309 Fellowship Rd Suite 200
Mt. Laurel, NJ 08054
Telephone: (267) 930-1529
jmonagle@mullen.law

*Counsel for Defendant*

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated:  10-10-2023