UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD KOELLER and KEVIN CHEEK, individually and on behalf of all others similarly situated,<br><br>                   Plaintiffs,<br><br>v.<br><br>NUMRICH GUN PARTS CORPORATION,<br><br>                   Defendant. | Case No. 1:22-cv-00675-DNH-CFH<br><br>**NOTICE OF MOTION FOR PRELIMINARY APPROVAL** |

Plaintiffs move the Court to preliminarily approve their class action settlement agreement with the defendant, Numrich Gun Parts Corporation, under Fed. R. Civ. P. 23. Plaintiffs request that the Court: (i) find the settlement is fair and that there is "probable cause" to believe it will be finally approved after notice; (ii) appoint Plaintiffs as class representatives and their counsel as class counsel; (iii) appoint the Settlement Administrator; (iv) approve the parties' notice plan; and (v) schedule the final approval hearing. In support, Plaintiffs file a supporting memorandum, exhibits, and a declaration.

Dated: November 22, 2023          By:  <u>/s/ Raina C. Borrelli</u>
                                                        Raina C. Borrelli (*pro hac vice*)
                                                        raina@turkestrauss.com
                                                        TURKE & STRAUSS LLP
                                                        613 Williamson St., Suite 201
                                                        Madison, Wisconsin 53703-3515
                                                        Telephone: (608) 237-1775
                                                        Facsimile: (608) 509-4423

                                                        James J. Bilsborrow (SBN 519903)
                                                        WEITZ & LUXENBERG, PC
                                                        700 Broadway

New York, NY  10003
Telephone: (212) 558-5500
jbilsborrow@weitzlux.com
Facsimile: (415) 358-6293

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 22nd day of November, 2023.

                                    TURKE & STRAUSS LLP

                                    By: */s/ Raina C. Borrelli*
                                            Raina C. Borrelli (*pro hac vice*)
                                            Email: raina@turkestrauss.com
                                            TURKE & STRAUSS LLP
                                            613 Williamson St., Suite 201
                                            Madison, WI 53703
                                            Telephone: (608) 237-1775
                                            Facsimile: (608) 509-4423