## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD KOELLER and KEVIN CHEEK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NUMRICH GUN PARTS CORPORATION,<br><br>Defendant. | Case No. 1:22-cv-00675-DNH-CFH |

## PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS TO CLASS REPRESENTATIVES

Plaintiffs Edward Koeller and Kevin Cheek, on behalf of themselves and the Settlement Class, hereby move the Court for an award of attorneys' fees, reimbursement of expenses, and service awards to class representatives.

This motion is based on the accompanying memorandum of points and authorities, the declaration of counsel, the pleadings and documents on file, and such oral argument and documentary evidence as may be properly presented at the time of the hearing.

Dated: March 22, 2024      By: */s/ Raina C. Borrelli*
                                              Raina C. Borrelli
                                              Alex Phillips
                                              TURKE & STRAUSS LLP
                                              613 Williamson St., Suite 201
                                              Madison, WI 53703
                                              Telephone (608) 237-1775
                                              Facsimile: (608) 509-4423
                                              raina@turkestrauss.com
                                              alexp@turkestrauss.com

James J. Bilsborrow (NY Bar # 519903)
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
jbilsborrow@weitzlux.com

*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on March 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 22nd day of March, 2024.

        TURKE & STRAUSS LLP

        By: */s/ Raina C. Borrelli*
            Raina C. Borrelli
            raina@turkestrauss.com
            TURKE & STRAUSS LLP
            613 Williamson St., Suite 201
            Madison, WI 53703
            Telephone: (608) 237-1775
            Facsimile: (608) 509-4423