UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD KOELLER and KEVIN CHEEK, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>NUMRICH GUN PARTS CORPORATION,<br><br>                    Defendant. | Case No. 1:22-cv-00675-DNH-CFH |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF
<u>CLASS ACTION SETTLEMENT</u>**

Plaintiffs Edward Koeller and Kevin Cheek, on behalf of themselves and the Settlement Class, hereby move the Court to approve the parties' settlement and certify the class under Rule 23.

This motion is based on the accompanying memorandum of points and authorities, the declaration of the settlement administrator, the pleadings and documents on file,[1] and such oral argument and documentary evidence as may be properly presented at the time of the hearing.

Dated: May 16, 2024                    By: */s/ Raina C. Borrelli*
                                           Raina C. Borrelli
                                           Alex Phillips
                                           STRAUSS BORRELLI PLLC
                                           One Magnificent Mile
                                           980 N Michigan Avenue, Suite 1610
                                           Chicago IL, 60611
                                           Telephone: (872) 263-1110
                                           raina@straussborrelli.com
                                           aphillips@straussborrelli.com

---

[1] Given plaintiffs' counsel's firm name change, counsel also attaches an updated resume with this motion.

James J. Bilsborrow (NY Bar # 519903)
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
jbilsborrow@weitzlux.com

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on May 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 16th day of May, 2024.

        STRAUSS BORRELLI PLLC

        By: */s/ Raina C. Borrelli*
          Raina C. Borrelli
          raina@straussborrelli.com
          STRAUSS BORRELLI PLLC
          One Magnificent Mile
          980 N Michigan Avenue, Suite 1610
          Chicago IL, 60611
          Telephone: (872) 263-1100
          Facsimile: (872) 263-1109