## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD KOELLER and KEVIN CHEEK, individually and on behalf of all others similarly situated,<br><br>                        Plaintiffs,<br><br> v.<br><br>NUMRICH GUN PARTS CORPORATION,<br><br>                        Defendant. | Case No. 1:22-cv-00675-DNH-CFH |

## DECLARATION OF OMEIKIEA LORENZANO OF ANGEION GROUP, LLC
## RE: SETTLEMENT ADMINISTRATION

I, Omeikiea Lorenzano declare:

1.      I am an Associate Project Manager at the class action notice and settlement administration firm Angeion Group, LLC ("Angeion"), the Settlement Administrator retained in this matter, located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not party to this action. I have personal knowledge of the facts set forth herein.

2.      Angeion was retained by the Parties and appointed by this Court to serve as the Claims Administrator and to, among other tasks, provide notice to Settlement Class Members; respond to Settlement Class Member inquiries; receive and process Settlement Class Member Claim Forms and exclusion requests; and perform other duties as specified in the *Settlement Agreement*, and by the order(s) of the Court, including but not limited to the *Order Granting Preliminary Approval of Class Action Settlement and Directing Class Notice* ("Preliminary Approval Order"), entered on December 20, 2023.

3.      Angeion is not related to or affiliated with the Plaintiff, Plaintiff's Counsel, Defendant or Counsel for Defendant.

**NOTICE PURSUANT TO THE CLASS ACTION FAIRNESS ACT 28 U.S.C. § 1715**

4.      On December 1, 2023, pursuant to 28 U.S.C. § 1715, Angeion, on behalf of Defendant, caused notice regarding the settlement to be sent to the Attorneys General of all U.S. states and territories, as well as the Attorney General of the United States ("CAFA Notice"). The CAFA Notice was in the same form as **Exhibit A** attached hereto.

**CLASS LIST**

5.      On December 22, 2023, Angeion received from Counsel for Defendant, one spreadsheet containing 45,169 records of Settlement Class Member data. Each record contained the following data: the Settlement Class Member's full name and last known mailing address. Angeion reviewed and deduped the 45,169 records that were provided. Following the deduplication process, there were 45,044 unique Class Members which Angeion used to compile the Settlement Class Member database ("Class List").

**MAILED NOTICE**

6.      Angeion processed the 45,044 mailing addresses through the United States Postal Service ("USPS") Nation Change of Address ("NCOA") database to identify updated address information for individuals who have moved in the last four years and filed a change of address card with the USPS. The NCOA results provided 2,766 updated addresses for the Settlement Class Members. Angeion updated the Class List these updated addresses prior to mailing.

7.      On February 2, 2024, Angeion caused the Postcard Notice ("Notice") to be mailed to all Settlement Class Members via USPS first class mail, postage prepaid. A true and accurate copy of the Notice is attached hereto as **Exhibit B**.

8.      As of May 13, 2024, the USPS has returned 306 notices as undeliverable with a forwarding address. The Class List database was updated with these forwarding addresses and Notices were re-mailed to the updated addresses.

9.      As of May 13, 2024, a total of 949 of the initial Notices mailed have been returned by the USPS as undeliverable without a forwarding address. Undeliverable Notices without a forwarding address were processed through address verification searches ("skip trace"). Of the

records subjected to a skip trace, a new address was located for 643 of them. Angeion updated the Settlement Class Member database and re-mailed Notices to the 643 Settlement Class Members to the updated addresses obtained via the skip trace process. Of the re-mailed Notices, none have been returned by the USPS a second time.

10.    As of May 13, 2024, a total of 45,077 Notices were sent and 296 Notices remain undelivered which is about 0.7% of Notices which remain ultimately undeliverable.

## CASE SPECIFIC WEBSITE

11.    On February 2, 2024, Angeion established the following website dedicated to this Settlement: **www.NGPClassActionSettlement.com** ("Settlement Website"). The Settlement Website contains an online portal where Class Members may submit a claim. The Settlement Website also has a "Frequently Asked Questions" page which provides Class Members with answers to common inquiries about the Settlement, and a "Contact Us" page which provides Settlement Class Members with the mailing address, phone number and email address to contact the Settlement Administrator. Additionally, the Long Form Notice, Claim Form, Settlement Agreement, Preliminary Approval Order, and other settlement related documents are available for download. True and accurate copies of the Long Form Notice and Claim Form are attached hereto as **Exhibit C** and **Exhibit D,** respectively.

12.    As of May 13, 2024, the Settlement Website has had 3,372 unique visitors, resulting in approximately 9,314 page views.

## CASE SPECIFIC HOTLINE

13.    On February 2, 2024, Angeion established a toll-free hotline dedicated to this Settlement to further apprise Settlement Class Members of their rights and options in the Settlement: 1-833-669-3386. The toll-free hotline utilizes an interactive voice response ("IVR") system to provide Settlement Class Members with responses to frequently asked questions and provide essential information regarding the Settlement. Settlement Class Members may also leave a message to ask additional questions, provide updated address information or request a notice to be mailed to them. This hotline is accessible 24 hours a day, 7 days a week.

14.    As of May 13, 2024, the toll-free line has received 334 calls, totaling 1,384 minutes.

## CLAIM FORM SUBMISSIONS

15.    The deadline for Class Members to submit a Claim Form was May 2, 2024. As of May 13, 2024, Angeion has received 3,312 Claim Forms (3,276 via online portal and 36 via mail). Of the 3,312 Claim Forms received, 3,201 Claim Forms were submitted for the alternative cash payment option, 9 for out-of-pocket costs, 104 for lost time related to data breach and 1,526 for credit monitoring services.

## REQUESTS FOR EXCLUSION, AND OBJECTIONS

16.    The deadline for Class Members to request exclusion from the Settlement was April 2, 2024. As of May 13, 2024, Angeion has received three (3) requests for exclusion. A table summarizing the exclusions received is attached hereto as **Exhibit E**.

17.    The deadline for Class Members to object to the Settlement was April 2, 2024. As of May 13, 2024, Angeion has not received any objection to the Settlement.

## ADMINISTRATIVE COSTS

18.    Through April 30, 2024, Angeion has incurred $52,462.68 in cost to administer the Settlement. Angeion estimates it will incur approximately $24,837.79 in additional costs to administer this Settlement through its conclusion.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 16, 2024, in Clayton, Delaware.

/s/ *Omeikiea Lorenzano*
Omeikiea Lorenzano

**EXHIBIT A**



1650 Arch Street, Suite 2210
Philadelphia, PA 19103
www.angeiongroup.com
215.563.4116 (P)
215.525.0209 (F)

December 1, 2023

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials

**Re:**   **Notice of Class Action Settlement**
          *Koeller v Numrich Gun Parts Corp.,* No. 1:22-cv-00675-DNH-CFH

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of the defendant in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:** *Koeller, et al. v. Numrich Gun Parts Corporation*
> **Index Number:** 1:22-cv-00675-DNH-CFH
> **Jurisdiction:** United States District Court, Northern District of New York
> **Date Settlement Filed with Court:** November 22, 2023

In accordance with the requirements of 28 U.S.C. § 1715, copies of the following documents associated with this action are available at https://www.angeiongroup.com/cafa/.

1.  **28 U.S.C. § 1715(b)(1)-Complaint:** *Class Action Complaint* filed with the Court on June 24, 2022; *Amended Class Action Complaint* filed with the Court on October 21, 2022. *Second Amended Class Action Complaint filed with the Court on November 16, 2022.*

2.  **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** There are currently no scheduled hearings for this case as of the date of this Notice. Per Dkt. No. 37, the *Notice of Motion for Preliminary Approval of Class Action Settlement Agreement* was filed with the United States District Court, Northern District of New York on November 22, 2023. The Brief Supporting Plaintiffs' Motion for Preliminary Approval, filed with the Court on November 22, 2023, is also available at https://www.angeiongroup.com/cafa/.

3.  **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** *Short Form Notice, Long Form Notice,* and *Claim Form,* filed with the Court on November 22, 2023.

4.  **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** *Settlement Agreement and Release,* filed with the Court on November 22, 2023.

5.  **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:** Other than the Settlement Agreement, no other settlements or other agreements have been contemporaneously made between the Parties.

6.  **28 U.S.C. § 1715(b)(6)-Final Judgment:** The Court has not issued a Final Judgment or Notice of Dismissal as of the date of this CAFA Notice.

7.  **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:** The Settlement Class contains approximately 45,169 Class Members located throughout the United States. The estimated proportional share of the Settlement benefits is not available at this time, as it is contingent on the Class Members' submission of a claim form. A detailed breakdown of Class Members by US States and Puerto Rico is available at https://www.angeiongroup.com/cafa/.

8.  **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:** The Court has not issued a judicial opinion related to the Settlement at this time. The *Proposed Order Granting Unopposed Motion for Preliminary Approval of Class Settlement Agreement* is available at https://www.angeiongroup.com/cafa/.

If you have questions or concerns about this notice, the proposed settlement, or difficulty accessing the associated documents, please contact this office.

Sincerely,

Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839

**EXHIBIT B**

**A proposed Settlement has been reached in a class action lawsuit known as Koeller et al. v. Numrich Gun Parts Corporation ("Lawsuit"), filed in the Northern District of New York.**

**What is this about?** This Lawsuit arises out of unauthorized access to Numrich Gun Parts Corporation's systems and certain files containing sensitive and/or personal information about Numrich's customers including payment card data, card numbers, expiration dates, and security codes (collectively "Private Information"), and which was discovered by Numrich in April 2022.

**Who is a Settlement Class Member?** You are a Settlement Class Member if you were mailed written notification by Numrich that your Private Information was potentially compromised as a result of the Data Incident discovered by Numrich in April 2022.

*Numrich Class Action*
*c/o Settlement Administrator*
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**A Federal Court Authorized This Notice**

**This is Not a Solicitation from a Lawyer**

Postal Service: Please do not mark barcode

**Notice ID:**
**Confirmation Code:**

**What are the benefits?** The Settlement provides the following benefits:

- **Alternative Cash Payments**: A $50 cash payment to all claimants who elect this option. If you elect the $50 payment, you do not need to submit any other documentation with your claim form, but you may not also claim Out-of-Pocket Expenses, Lost Time, or Extraordinary Losses. You may still claim Credit Monitoring if you elect the $50 Alternative Cash Payment.
- **Documented Out-of-pocket Expense Reimbursement**: Up to $500 for documented out-of-pocket expenses.
- **Lost Time Reimbursement**: Reimbursement for up to four (4) hours of lost time spent dealing with the Data Incident ($25 per hour, for a total of up to $100).
- **Documented Extraordinary Loss Reimbursement**: Reimbursement for extraordinary losses, not to exceed $5,000 per Settlement Class Member, for documented monetary losses.
- **Credit Monitoring**: You may claim for three years of free credit monitoring requiring the filing of a claim for monetary compensation or any other benefit. This service will guarantee up to $1 million in insurance for claims.
- **Information Security Improvements**: Numrich will also provide various security enhancements.
- **Aggregate Cap On Claims Payouts**: If the value of all class members' claims for Alternative Cash Payments, Out-of-pocket Expense Reimbursement, Lost Time Reimbursement and Extraordinary Loss Reimbursement exceeds $700,000, each class member's claim shall be reduced on a pro-rata basis so that the payment to all class members for these claims categories equals $700,000.

You must file a claim by **May 2, 2024** by mail or online at **www.NGPClassActionSettlement.com** to receive benefits from the Settlement. Claim forms are available at **www.NGPClassActionSettlement.com**.  Your unique Notice ID and Confirmation Code on this Notice will be required to access the online and paper claim forms.

**What are my other rights?**
• **Do Nothing**: If you do nothing, you remain in the Settlement. You give up your right to sue but you will not get any money. To get any money, you must submit a claim.
• **Exclude yourself**: You can get out of the Settlement and keep your right to sue about the claims in this Lawsuit, but you will not get any money from the Settlement. You must exclude yourself by **April 2, 2024**.
• **Object**: You can stay in the Settlement but tell the Court why you think the Settlement should not be approved. Objections must be submitted by **April 2, 2024**. Detailed instructions on how to file a claim, get additional credit monitoring, exclude yourself, or object are on the Settlement Website below. The Court will hold the Final Fairness Hearing on **May 30, 2024,** 2:00 p.m., U.S. District Court, Northern District of New York, Alexander Pirnie Federal Building & U.S. Courthouse, 10 Broad St., Utica, New York to consider whether the proposed Settlement is fair, reasonable, and adequate, to consider Attorneys' Fees, Costs, and Expenses in the total amount of $335,000 and Class Representative service awards of $3,000 for each representative, and to consider whether and if the Settlement should be approved. You may attend the hearing, but you do not have to. This is only a summary. For additional information, including a copy of the Settlement Agreement, Class Counsel's Application for Attorneys' Fees and Expenses, and other documents, visit **www.NGPClassActionSettlement.com** or call **1-(833) 669-3386**.

**EXHIBIT C**

**NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT**

**If Numrich Gun Parts Corporation ("Numrich") Notified You of a Data Incident, You May be Eligible for Benefits From a Class Action Settlement.**

*This is <u>not</u> a solicitation from a lawyer, junk mail, or an advertisement. A court authorized this Notice.*

- A proposed Settlement has been reached in a class action lawsuit known as *Koeller et al. v. Numrich Gun Parts Corporation* ("Lawsuit"), filed in the Northern District of New York.
- This Lawsuit arises out of unauthorized access to Numrich's systems and certain files containing sensitive and/or personal information about Numrich's customers including payment card data, card numbers, expiration dates, and security codes (collectively "Private Information") and which was discovered by Numrich on or about April 2022 (the "Data Incident"). Numrich disagrees with Plaintiffs' claims and denies any wrongdoing.
- All Settlement Class Members can receive the following benefits from the Settlement: (1) a $50 Alternative Cash Payment. If you elect the $50 payment, you do not need to submit any other documentation with your claim form, but you may not also claim Out-of-Pocket Expenses, Lost Time, or Extraordinary Losses. You may still claim Credit Monitoring if you elect the $50 Alternative Cash Payment; (2) up to $500 for documented out-of-pocket expenses, (3) reimbursement for up to four (4) hours of lost time spent dealing with the Data Incident at $25 per hour (for a total of up to $100), and (4) reimbursement for extraordinary losses up to $5,000 for documented expenses. Numrich also agrees to provide security related improvements. If the value of all class members claims' for Alternative Cash Payments, out-of-pocket expense reimbursement, lost time reimbursement and extraordinary loss reimbursement exceeds $700,000, each class member's claim shall be reduced on a pro-rata basis so that the payment to all class members for these claims categories equals $700,000.
- Settlement Class Members may claim for three years of free credit monitoring requiring the filing of a claim for monetary compensation or any other benefit. This service will guarantee up to $1 million in insurance for claims.
- Numrich will also improve and enhance its cybersecurity.
- You are included in this Settlement as a Settlement Class Member if you were mailed written notification that indicated your Private Information was potentially compromised as a result of the Data Incident discovered by Numrich in April 2022.
- Your legal rights are affected regardless of whether you do or do not act. Read this Notice carefully.

| YOUR LEGAL RIGHTS & OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **Submit a Claim** | **You must submit a Valid Claim to get benefits from this Settlement.** Claim Forms must be submitted online by **May 2, 2024** or, if mailed, postmarked no later than **May 2, 2024**. |
| **Do Nothing** | If you do nothing, you remain in the Settlement. You give up your rights to sue and you will not get any money. |
| **Exclude Yourself** | **Get out of the Settlement. Get no money. Keep your rights to sue.** This is the only option that allows you to keep your right to sue about the claims in this lawsuit. You will not get any money from the Settlement. Your request to exclude yourself must be postmarked no later than **April 2, 2024**. |
| **File an Objection** | Stay in the Settlement but tell the Court why you think the Settlement should not be approved. Objections must be postmarked no later than **April 2, 2024.** |
| **Go to a Hearing** | You can ask to speak in Court about the fairness of the Settlement, at your own expense. See Question 18 for more details. The Final Fairness Hearing is scheduled for **May 30, 2024**. |

## WHAT THIS NOTICE CONTAINS

**Basic Information**................................................................................................................. **Pages 3-4**

1.  How do I know if I am affected by the lawsuit and Settlement?
2.  What is this case about?
3.  Why is there a Settlement?
4.  Why is this a class action?
5.  How do I know if I am included in the Settlement?

**The Settlement Benefits**...................................................................................................... **Pages 4-5**

6.  What does this Settlement provide?
7.  How to submit a Claim?
8.  What am I giving up as part of the Settlement?
9.  Will the Class Representatives receive compensation?

**Exclude Yourself**..................................................................................................................... **Page 6**

10.  How do I exclude myself from the Settlement?
11.  If I do not exclude myself, can I sue later?
12.  What happens if I do nothing at all?

**The Lawyers Representing You**............................................................................................ **Page 6**

13.  Do I have a lawyer in the case?
14.  How will the lawyers be paid?

**Objecting to the Settlement**................................................................................................ **Page 7**

15.  How do I tell the Court that I do not like the Settlement?
16.  What is the difference between objecting and asking to be excluded?

**The Final Fairness Hearing**................................................................................................. **Page 8**

17.  When and where will the Court decide whether to approve the Settlement?
18.  Do I have to come to the hearing?
19.  May I speak at the hearing?

**Do Nothing**............................................................................................................................... **Page 8**

20.  What happens if I do nothing?

**Get More Information**.............................................................................................................. **Page 8**

21.  How do I get more information about the Settlement?

**BASIC INFORMATION**

| **1. How do I know if I am affected by the Lawsuit and Settlement?** |
|---|

You are a Settlement Class Member if you were mailed written notification by Numrich ("Defendant") that your Private Information was potentially compromised as a result of the Data Incident discovered by Defendant in April 2022.

The Settlement Class specifically excludes: (i) Defendant, the Related Entities, and their officers and directors; (ii) all Settlement Class Members who timely and validly request exclusion from the Settlement Class; (iii) any judges assigned to this case and their staff and family; and (iv) any other Person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding or abetting the criminal activity occurrence of the Data Incident or who pleads *nolo contendere* to any such charge. This Notice explains the nature of the lawsuit and claims being settled, your legal rights, and the benefits to the Settlement Class.

| **2. What is this case about?** |
|---|

This case is known as *Koeller et al. v. Numrich Gun Parts Corporation*, 1:22-cv-00675, filed in the Northern District of New York. The persons who sued are called the "Plaintiffs" and the company they sued, Numrich, is known as the "Defendant" in this case. Numrich will be called "Defendant" in this Notice.

Plaintiffs filed a lawsuit against Defendant, individually, and on behalf of anyone whose Private Information was potentially impacted as a result of the Data Incident.

This Lawsuit arises out of unauthorized access to Defendant's systems and certain files containing sensitive and/or personal information about Defendant's customers including payment card data, card numbers, expiration dates, and security codes (collectively "Private Information"), and which was discovered by Defendant on or about April 2022 (the "Data Incident"). After learning of the Data Incident, notification was mailed to persons whose Private Information may have been impacted by the Data Incident. Subsequently, this lawsuit was filed asserting claims against Defendant relating to the Data Incident. Defendant denies Plaintiffs' claims and denies any wrongdoing.

| **3. Why is there a Settlement?** |
|---|

By agreeing to settle, both sides avoid the cost, disruption, and distraction of further litigation. The Class Representatives, Defendant, and their attorneys believe the proposed Settlement is fair, reasonable, and adequate and, thus, best for the Settlement Class Members. The Court did not decide in favor of the Plaintiffs or Defendant. Full details about the proposed Settlement are found in the Settlement Agreement available at www.NGPClassActionSettlement.com.

| **4. Why is this a class action?** |
|---|

In a class action, one or more people called a "Class Representative" sue on behalf of all people who have similar claims. All these people together are the "Settlement Class" or "Settlement Class Members."

| **5. How do I know if I am included in the Settlement?** |
|---|

You are included in the Settlement if you were mailed written notification by Defendant that your Private Information was potentially compromised as a result of the Data Incident discovered by Defendant in April 2022. If you are not sure whether you are included as a Settlement Class Member, or have any other questions about the Settlement, visit **www.NGPClassActionSettlement.com,** call toll free **1-(833) 669-3386,** or write to **NGP Class Action Settlement Administrator, 1650 Arch Street, Suite 2210 Philadelphia, PA 19103**.

THE SETTLEMENT BENEFITS

### 6.   What does this Settlement provide?

The proposed Settlement will provide the following benefits to Settlement Class Members:

**Alternative Cash Payments of $50**: Settlement Class Members may claim a $50 cash payment. Defendant shall pay $50 to all Settlement Class Members who elect this relief through a check-box style option on the claim form provided by the parties. This relief is in lieu of any claims Out-of-Pocket Expenses, Lost Time claims, or Extraordinary Losses, though Settlement Class Members claiming this benefit may still qualify for the Identity Theft Protection offered through the Settlement.

**Documented Out of Pocket Expense Reimbursement (Ordinary Losses):** All Settlement Class Members who submit a Valid Claim using the Claim Form, including necessary supporting documentation, are eligible for reimbursement of the following documented out-of-pocket expenses, not to exceed $500 per Settlement Class Member, that were incurred as a result of the Data Incident: (i) unreimbursed bank fees; (ii) long distance phone charges; (iii) cell phone charges (only if charged by the minute); (iv) data charges (only if charged based on the amount of data used); (v) postage; (vi) credit reports; (vii) credit monitoring, or other identity theft insurance products purchased; (viii) gasoline for local travel purchased by Settlement Class Members between January 1, 2022 and the Claims Deadline; and (ix) any fraud or identity theft suffered by the claimant. Claims for documented out-of-pocket expenses may be combined with claims for documented fees for credit reports, credit monitoring or other identity theft insurance products and reimbursement of lost time and are subject to the same $500 aggregate cap. To receive reimbursement for documented out-of-pocket expenses, Settlement Class Members must submit a Valid Claim, including documentation supporting their claims, to the Claims Administrator.

**Lost Time Reimbursement:** Settlement Class Members are also eligible to receive reimbursement for up to four (4) hours of lost time spent dealing with the Data Incident (calculated at the rate of $25 per hour, for a total of $100), but only if at least one (1) full hour was spent dealing with the Data Incident. Claims for lost time must be supported by a written statement describing how the time spent was related to the Data Security Incident. Reimbursements for Lost Time are subject to the $500 Ordinary Losses cap.

**Documented Extraordinary Loss Reimbursement:** Settlement Class Members are also eligible to receive reimbursement for documented Extraordinary Losses, not to exceed $5,000 per Settlement Class Member for documented monetary losses if the loss: (i) is actual, documented, and unreimbursed; (ii) was more likely than not caused by the Data Incident; (iii) occurred between January 1, 2022, and the Claims Deadline; and (iv) is not already covered by one or more of the above-referenced reimbursable expense categories. Settlement Class Members must also have made reasonable efforts to avoid, or seek reimbursement for, such Extraordinary Losses, including but not limited to exhaustion of all available credit monitoring insurance and identity theft insurance. Settlement Class Members with Extraordinary Losses must submit substantial and plausible documentation supporting their claims. This can include receipts or other documentation not "self-prepared" by the claimant that documents the costs incurred. "Self-prepared" documents such as handwritten receipts are, by themselves, insufficient to receive reimbursement for Extraordinary Losses, but can be considered to add clarity or support other submitted documentation and a description of how the time was spent. Claimants may not recover losses arising from unreimbursed PCD charges, fraud, or identity theft suffered by the claimant as Extraordinary Losses.

**Aggregate Cap On Claims Payouts**: If the value of all class members claims for Alternative Cash Payments, Out-of-pocket Expense Reimbursement, Lost Time Reimbursement and Extraordinary Loss Reimbursement exceeds $700,000, each class member's claim shall be reduced on a pro-rata basis so that the payment to all class members for these claims categories equals $700,000.

**Credit Monitoring**: Any Settlement Class Members shall have the ability to make a claim for three years of credit monitoring without requiring the filing of a claim for monetary compensation or any other benefit. This service will guarantee up to $1 million in insurance for claims. Defendant will pay for the credit

monitoring services separate and apart from other settlement benefits.

**Information Security Improvements:** Defendant will implement or maintain various data security improvements. Any costs associated with these security improvements will be paid by Defendant separate and apart from other settlement benefits.

### 7.  How to submit a claim?

All claims will be reviewed by the Claims Administrator and/or a claims referee. You must file a Claim Form to get any money from the proposed Settlement. Claim Forms must be submitted online by **May 2, 2024** or postmarked no later than **May 2, 2024**. You can download a Claim Form at **www.NGPClassActionSettlement.com** or you can call the Claims Administrator at **1-(833) 669-3386**. The unique Login and Password that were printed on the Notice you received will be required to access the online and paper claim forms.

### 8.  What am I giving up as part of the Settlement?

If you stay in the Settlement Class, you will be eligible to receive benefits, but you will not be able to sue Defendant and its Related Entities and each of their past or present parents, subsidiaries, divisions, and related or affiliated entities, and each of their respective predecessors, successors, directors, officers, principals, agents, attorneys, insurers, and reinsurers regarding the claims in this case. The Settlement Agreement, which includes all provisions about settled claims, releases, and Released Persons, is available at **www.NGPClassActionSettlement.com**.

The only way to keep the right to sue is to exclude yourself (see Question 10), otherwise you will be included in the Settlement Class, if the Settlement is approved, and you give up the right to sue for the claims in this case.

### 9.  Will the Class Representatives receive compensation?

Yes. The Class Representatives will receive a service award of up to $3,000 each, to compensate them for their services and efforts in bringing the lawsuit. The Court will make the final decision as to the amount, if any, to be paid to the Class Representatives.

**EXCLUDE YOURSELF**

### 10. How do I exclude myself from the Settlement?

If you do not want to be included in the Settlement, you must send a timely written request for exclusion. Your request for exclusion must be individually signed by you. Your request must clearly manifest your intent to be excluded from the Settlement.

Your written request for exclusion must be postmarked no later than **April 2, 2024** to:

**NGP Class Action Settlement Administrator**
**Attn: Exclusions**
**P.O. Box 58220**
**Philadelphia, PA 19102**

Instructions on how to submit a request for exclusion are available at **www.NGPClassActionSettlement.com** or from the Claims Administrator by calling **1-(833) 669-3386**.

If you exclude yourself, you will not be able to receive any cash benefits from the Settlement and you cannot object to the Settlement. You will not be legally bound by anything that happens in this lawsuit and you will keep your right to sue the Defendant on your own for the claims that this Settlement resolves.

**11. If I do not exclude myself, can I sue later?**

No. If you do not exclude yourself from the Settlement, and the Settlement is approved by the Court, you forever give up the right to sue the Released Persons (listed in Question 8) for the claims this Settlement resolves.

**12. What happens if I do nothing at all?**

If you do nothing, you will be bound by the Settlement if the Court approves it, you will not get any money from the Settlement, you will not be able to start or proceed with a lawsuit or be part of any other lawsuit against the Released Persons (listed in Question 8) about the settled claims in this case at any time.

THE LAWYERS REPRESENTING YOU

**13. Do I have a lawyer in the case?**

Yes. The Court has appointed Raina Borrelli and Alex Phillips of the law firm Turke & Strauss LLP (called "Class Counsel") to represent the interests of all Settlement Class Members in this case. You will not be charged for these lawyers.  If you want to be represented by your own lawyer, you may hire one at your own expense.

**14. How will the lawyers be paid?**

Class Counsel will apply to the Court for an award of attorneys' fees, costs, and litigation expenses in an amount not to exceed $335,000. A copy of Class Counsel's Application for Attorneys' Fees, Costs, and Expenses will be posted on the Settlement Website, www.NGPClassActionSettlement.com, before the Final Fairness Hearing.  The Court will make the final decisions as to the amounts to be paid to Class Counsel and may award less than the amount requested by Class Counsel.

OBJECTING TO THE SETTLEMENT

**15. How do I tell the Court that I do not like the Settlement?**

If you want to tell the Court that you do not agree with the proposed Settlement or some part of it, you can submit an objection telling it why you do not think the Settlement should be approved. Objections must be submitted in writing and include all the following information:

Such notice shall state:

    (i)       the objector's full name, address, telephone number, and e-mail address (if any);

    (ii)     information identifying the objector as a Settlement Class Member, including proof that the objector is a member of the Settlement Class (e.g., copy of notice, copy of original notice of the Data Incident);

    (iii)    a written statement of all grounds for the objection, accompanied by any legal support for the objection the objector believes applicable;

    (iv)    the identity of any and all counsel representing the objector in connection with the objection;

    (v)     a statement whether the objector and/or his or her counsel will appear at the Final Fairness Hearing;

    (vi)    the objector's signature and the signature of the objector's duly authorized attorney or other duly authorized representative (along with documentation setting forth such representation); and

(vii)   a list, by case name, court, and docket number, of all other cases in which the objector and/or the objector's counsel has filed an objection to any proposed class action settlement within the last three years.

Your Objection must include the case name and docket number and be submitted to the Clerk of the Court by First-Class mail, received no later than **April 2, 2024**, to:

Clerk of Courts
US District Court
Northern District of New York
Alexander Pirnie Federal Building & U.S. Courthouse
10 Broad Street
Utica, NY 13501

In addition, you must mail a copy of your objection to Class Counsel and Defense Counsel, postmarked no later than **April 2, 2024**:

| CLASS COUNSEL | DEFENSE COUNSEL |
|---|---|
| Raina Borrelli<br>TURKE & STRAUSS LLP<br>613 Williamson Street<br>Suite 201<br>Madison, Wisconsin 53703 | James Monagle<br>MULLEN COUGHLIN<br>309 Fellowship Rd<br>Suite 200<br>Mt. Laurel, NJ 08054 |

If you do not submit your objection with all requirements, or if your objection is not received by **April 2, 2024**, you will be considered to have waived all Objections and will not be entitled to speak at the Final Fairness Hearing.

**16. What is the difference between objecting and asking to be excluded?**

Objecting is simply telling the Court that you do not like something about the Settlement. You can object only if you stay in the Class. Excluding yourself is telling the Court that you do not want to be part of the Settlement Class. If you exclude yourself, you have no basis to object because the Settlement no longer affects you.

### THE FINAL FAIRNESS HEARING

**17. When and where will the Court decide whether to approve the Settlement?**

The Court will hold the Final Fairness Hearing on **May 30, 2024**, 2:00 p.m., U.S. District Court, Northern District of New York, Alexander Pirnie Federal Building & U.S. Courthouse, 10 Broad St., Utica, New York. The hearing may be moved to a different date, time, or location without additional notice, so it is recommended that you periodically check www.NGPClassActionSettlement.com for updated information.

At the hearing, the Court will consider whether the proposed Settlement is fair, reasonable, adequate, and is in the best interests of Settlement Class Members, and if it should be approved. If there are valid objections, the Court will consider them and will listen to people who have asked to speak at the hearing if the request was made properly. The Court will also consider the award of Attorneys' Fees, Costs, and Expenses to Class Counsel and the request for service awards to the Class Representatives.

**18. Do I have to come to the hearing?**

No. You are not required to come to the Final Fairness Hearing.  However, you are welcome to attend the hearing at your own expense.

If you submit an Objection, you do not have to come to the hearing to talk about it.  If your objection was submitted properly and on time, the Court will consider it.  You also may pay your own lawyer to attend the Final Fairness Hearing, but that is not necessary.

**19. May I speak at the hearing?**

Yes. You can speak at the Final Fairness Hearing, but you must ask the Court for permission.  To request permission to speak, you must file an objection according to the instructions in Question 15, including all the information required.  You cannot speak at the hearing if you exclude yourself from the Settlement.

## DO NOTHING

**20. What happens if I do nothing?**

If you do nothing, you will not get any money from the Settlement, you will not be able to sue for the claims in this case, and you release the claims against Defendant described in Question 8.

## GET MORE INFORMATION

**21. How do I get more information about the Settlement?**

This is only a summary of the proposed Settlement.  If you want additional information about this lawsuit, including a copy of the Settlement Agreement, the Complaint, the Court's Preliminary Approval Order, Class Counsel's Application for Attorneys' Fees and Expenses, and more, please visit **www.NGPClassActionSettlement.com** or call **1-(833) 669-3386**.  You may also contact the Claims Administrator at NGP Class Action Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.

**PLEASE DO NOT ADDRESS ANY QUESTIONS ABOUT THE SETTLEMENT OR LITIGATION TO THE CLERK OF THE COURT, THE JUDGE, DEFENDANT, OR DEFENDANT'S COUNSEL.**

**EXHIBIT D**

<table>
<tr><td>

**Your claim must be submitted online or <u>postmarked by</u>: May 2, 2024**

</td><td>

*In re Numrich Gun Part Corp. Data Breach Litigation*
Case No. 22-cv-675 (N.D. NY)

# CLAIM FORM

</td><td>

**NGP**

</td></tr>
</table>

## GENERAL INSTRUCTIONS

This Claim Form should be filled out online or submitted by mail if you had documented out-of-pocket expenses, fraudulent charges, lost time spent dealing with the Data Incident, documented and unreimbursed extraordinary monetary losses as a result of the Data Incident, or if you want to claim the Alternative Cash Payment or identity theft protection services. Checks will be mailed, or electronic payments will be made, to eligible Settlement Class Members if the Settlement is approved by the Court.

The Settlement Notice describes your legal rights and options. Please visit the official settlement administration website, **www.NGPClassActionSettlement.com**, or call **1 (833) 669-3386** for more information.

Claim submission options:

- File a claim online at **www.NGPClassActionSettlement.com**. Your form must be submitted by **11:59 PM EST on May 2, 2024**.
- Print this form, complete the form in its entirety, and mail it to the Claims Administrator at the address listed below. Your Claim Form must be postmarked by **May 2, 2024**.
- You can contact the Claims Administrator to request a Claim Form be mailed to you. You must complete the Claim Form in its entirety and then mail the completed Claim Form so that it is postmarked by **May 2, 2024**.

YOU MUST INCLUDE YOUR CLASS MEMBER ID in Section 1 below. You can locate your Class Member ID at the top of the postcard Notice that was sent to you.

## 1. CLASS MEMBER INFORMATION.

Class Member ID *(required)*:  ___  ___  ___  ___  ___  ___  ___  ___  ___

Name *(required)*: _____  ___  _____
                              First Name                                    MI   Last Name

_____
*Number and Street Address (required)*

_____  ___  ___   ___  ___ ___  ___ ___ - ___ ___ ___ ___
*City (required)*                                    *State (required)*        *Zip Code (required)*

Telephone Number *(required)*: (___  ___  ___) ___  ___  ___ - ___  ___  ___  ___

Email Address (optional): _____@_____. _____

**2. PAYMENT ELIGIBILITY INFORMATION.**

Please review the Notice and sections 2.1 through 2.2 of the Settlement Agreement available at **www.NGPClassActionSettlement.com** for more information on who is eligible for a payment and the nature of the expenses or losses that can be claimed.

Please provide as much information as you can to help us figure out if you are entitled to a Settlement payment.

PLEASE PROVIDE THE INFORMATION LISTED BELOW:

Check the box for each category of documented out-of-pocket expenses, fraudulent charges, or lost time that you incurred between January 23, 2022, and the Claims Deadline as a result of the Data Incident. Please be sure to fill in the total amount you are claiming for each category and to attach documentation of the charges as described in **bold type** (if you are asked to provide account statements as part of proof required for any part of your claim, you may mark out any unrelated transactions if you wish). Claims payouts are subject to a pro-rata reduction if all class members' claims for Alternative Cash Payments, Out-of-pocket Expense Reimbursement, Lost Time Reimbursement and Extraordinary Loss Reimbursement exceeds $700,000.

**<u>Alternative Cash Payment:</u>** You may claim a $50 cash payment in lieu of claiming any benefits under Out-of-Pocket expenses, Lost Time, or Extraordinary Losses. This means that if you elect the $50 cash payment, you cannot also claim benefits in those categories. But you may still claim the free credit monitoring.

☐    I claim the $50 cash payment. This is in lieu of claiming any benefits under Out-of-Pocket expenses, Lost Time, or Extraordinary Losses categories.

**<u>Out-of-Pocket Expense Reimbursement Resulting from the Data Incident:</u>** (not to exceed $500 per Settlement Class Member)

☐ Unreimbursed fees or other charges from your bank due to fraudulent activity.

Examples - Overdraft fees, over-the-limit fees, late fees, or charges due to insufficient funds or interest.

Total amount claimed for this category $_____

☐ ***I have attached a copy of a bank or credit card statement or other proof of the fees or charges.***

(You may mark out any transactions that were not fraudulent and any other information that is not relevant to your claim before sending in the documentation.)

**Date reported** _____

**Description of the person(s) and/or companies to whom you reported the fraud:**

_____

_____

_____

☐   Other incidental telephone, internet, postage, or gasoline (for local travel only) expenses directly related to the Data Incident.

> Examples - Long distance phone charges, cell phone charges (only if charged by the minute), data charges (only if charged based on the amount of data used)

Total amount claimed for this category $_____

> ☐  *__I have attached a copy of the bill from my telephone or mobile phone company or internet service provider, postage provider, or gasoline provider that shows the charges, receipts, or other proof or purchase of the fees or charges.__*

> (You may mark out any transactions that were not fraudulent and any other information that is not relevant to your claim before sending in the documentation.)

☐   Credit reports, identity theft insurance, or credit monitoring charges.

> Examples -   The cost of a credit report, identity theft insurance, or credit monitoring services that you purchased between April 27, 2022, and the Claims Deadline.

Total amount claimed for this category $_____

> ☐  *__I have attached a copy of a receipt or other proof of purchase for each credit report or product purchased.__*

> (You may mark out any transactions that were not fraudulent and any other information that is not relevant to your claim before sending in the documentation.)

## __Attested Lost Time__

☐   I spent between one (1) and four (4) hours of time spent dealing with the Data Incident (which will be calculated and paid at a rate of $25 per hour). You must attest that any claimed lost time was spent responding to issues raised by the Data Incident. Please note that the time that it takes to fill out this Claim Form is not reimbursable and should not be included in the total.

> Total number of hours claimed _____

> *__In order to receive this payment, you __**must**__ describe what you did and how the claimed lost time was spent related to the Data Incident.__* Examples of compensable lost time include: Investigating credit history for potential fraudulent transactions; communicating with credit reporting bureaus; communicating with bank/credit card customer service lines regarding potential fraudulent transactions, changing cards or accounts; time on the internet addressing potentially fraudulent transactions; and time on the internet investigating identity theft or credit protection measures, products, or services.

Please describe how the time spent was related to the Data Security Incident:

```
┌─────────────────────────────────────────────────────┐
│                                                     │
│                                                     │
│                                                     │
│                                                     │
│                                                     │
└─────────────────────────────────────────────────────┘
```

**<u>Documented Extraordinary Loss Reimbursement</u>**. If you wish to receive reimbursement of actual, documented, and unreimbursed losses (up to $5,000) that were more likely than not caused by the Data Incident, occurred between January 1, 2022, and the Claims Deadline, and not already covered by one or more of the other categories of Settlement benefits, describe the unreimbursed losses claimed (including the amount of each loss), sign the attestation at the end of this Claim Form, and attach supporting documentation (if you provide account statements as part of proof required for any part of your claim, you may mark out any unrelated transactions if you wish). By signing the attestation below, you are affirming that to the best of your knowledge and belief the claimed losses were more likely than not caused by the Data Incident.

Describe all actual, documented, and unreimbursed losses (including the amount of each loss and the total amount claimed) that were more likely than not caused by the Data Incident.

| Description of Loss | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
| **TOTAL Amount Being Claimed:** |  |

☐ *I have attached documentation showing that the claimed loses were more likely than not caused by the Data Incident.*

☐ **Check this box to confirm that you have exhausted all applicable insurance policies, including credit monitoring insurance and identity theft insurance, and that you have no insurance coverage for these fraudulent charges.**

## <u>Credit Monitoring</u>

☐ Yes, I want to sign up to receive free Credit Monitoring for three years, and my email address is as follows:

Email Address: _____

If you select "YES" for this option, you will need to follow instructions and use an activation code that you receive *after* the Settlement is final. Credit Monitoring Protections will not begin until you use your activation code to enroll. Activation instructions will be provided to your email address. If you do not have an email address, your activation code and instructions will be sent to your home address listed on this Claim Form.

**3. PAYMENT SELECTION.**

Please select from **one** of the following payment options:

☐ **PayPal** - Enter your PayPal email address: _____

☐ **Venmo -** Enter the mobile number associated with your Venmo account: __ __ __-__ __ __-__ __ __ __

☐ **Zelle -** Enter the mobile number or email address associated with your Zelle account:

Mobile Number: __ __ __-__ __ __-__ __ __ __    or Email Address: _____

☐ **Virtual Prepaid Mastercard -** Enter your email address: _____

☐ **Physical Check -** Payment will be mailed to the address provided in Section I above.

**4. SIGN AND DATE YOUR CLAIM FORM.**

I declare under penalty of perjury and the laws of the United States and my state of residence that the information supplied in this Claim Form by the undersigned is true and correct to the best of my recollection, and that this form was executed on the date set forth below.

I understand that I may be asked to provide supplemental information by the Claims Administrator or Claims Referee before my claim will be considered complete and valid.

_____    _____    _____/_____/____ ____ ____
        *Signature*                                *Print Name*                              *Month/Day/Year (mm/dd/yyyy)*

**5. MAIL YOUR CLAIM FORM.**

This Claim Form and all supporting documentation must be either submitted online at **www.NGPClassActionSettlement.com** or postmarked by **May 2, 2024** and mailed to:

**NGP Class Action Settlement Administrator**
**1650 Arch Street, Suite 2210**
**Philadelphia, PA 19103**

**EXHIBIT E**

NGP Class Action Settlement– Exclusion Breakdown

| Notice ID | Full Name | Date Received |
|-----------|-----------|---------------|
| NGP1011906 | Robert Pedersen | 02/21/2024 |
| NGP1039663 | Hunter Walker | 02/19/2024 |
| NGP1033380 | Robyn Welsh | 03/26/2024 |